## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KEVIN MERRITT,**
**(a/k/a EDWARD URBANSKI)**,

**Petitioner,**

v.

**JANE STANDIFORD,**
et al.,

**Respondents.**                                              **No. 08-CV-707-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on motion to dismiss habeas corpus petition.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on July 27, 2009, the petition is **DENIED as moot** and this case is **DISMISSED** with prejudice---------------------------------------------------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**

BY: ___/s/*Sandy Pannier*___
**Deputy Clerk**

Dated: July 27, 2009

APPROVED: /s/ *David R. Herndon*
CHIEF JUDGE
U. S. DISTRICT COURT